IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR288 |
| | ) | |
| v. | ) | |
| | ) | |
| TERRELL BROWN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for sentence reduction pursuant to 18 U.S.C. 3582(C)(2) (Filing No. 61) and the stipulation of the parties (Filing No. 62). Pursuant to the retroactive amendment to the cocaine base guidelines, the defendant's final offense level is reduced from 33 to 29. His criminal history category remains at V. His sentence should be reduced to one hundred forty (140) months imprisonment, considering the prior computation of specific offense characteristics, adjustments, and departures. Accordingly,

IT IS ORDERED:

1) The stipulation of the parties is approved and adopted; the motion for sentence reduction is granted.

2) The sentence of the defendant is reduced to one hundred forty (140) months. Defendant shall receive credit for all time served.

3) The conditions of supervised release entered in the original judgment and committal order remain in full force and effect.

DATED this 19th day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court