PROB 12C
(NEP 4/2013)

**SEALED**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 SEP 25 PM 1: 26

OFFICE OF THE CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| **Offender:** | Terrell Brown | **Docket No. 8:03CR00288** |
| **Type of Supervision:** | Supervised Release | **Date of This Report:** September 24, 2014 |
| **Sentencing Judge:** | The Honorable Lyle E. Strom<br>Senior U.S. District Judge | |

**Offense of Conviction:** Conspiracy to Distribute and Possession with Intent to Distribute Crack Cocaine
[21 U.S.C. 841(a)(1), (b)(1)(A)(iii), 846 and U.S.C. 2]
Date Sentenced: January 8, 2004
Original Sentence: 210 Months Bureau of Prisons; 60 Months Supervised Release

**Supervision Term:** May 2, 2014 through May 1, 2019

| **Prepared By:** | **Assistant U.S. Attorney:** | **Defense Attorney:** |
|---|---|---|
| Todd M. Enger<br>U.S. Probation Officer | Susan T. Lehr | David R. Stickman |

## PETITIONING THE COURT

The undersigned probation officer recommends that a **Warrant** be issued for service upon Terrell Brown and that a hearing be held by the Court to determine whether the offender has violated the conditions of supervision as set forth in this report and to determine whether the offender's supervision should be revoked or continued, modified, and/or extended based on the alleged violations. A Warrant is requested as Terrell Brown's whereabouts are unknown. To expedite the issuance of a Warrant the supporting documents are not included but will be submitted to the Court no later than October 5, 2014.

**Terrell Brown**  September 24, 2014
**Petition for Warrant or Summons**  Page 2 of 4

The probation officer believes the offender has violated the following conditions of supervision:

| Allegation No. | Nature of Noncompliance |
|---|---|
| 1 | Terrell Brown is in violation of **Standard Condition #2** which states, "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month." |

Mr. Brown failed to submit a monthly report for July 2014.

Mr. Brown failed to submit a monthly report for August 2014.

Mr. Brown failed to submit a monthly report for September 2014.

| | |
|---|---|
| 2 | Terrell Brown is in violation of **Standard Condition #5** which states, "The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons." |

Mr. Brown has failed to obtain employment throughout the duration of his supervised release.

| | |
|---|---|
| 3 | Terrell Brown is in violation of **Standard Condition #7** which states, "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician." |

On June 19, 2014, Mr. Brown reported to Campus for Hope and submitted a urine sample which tested presumptive positive for marijuana and cocaine.

On June 30, 2014, Mr. Brown reported to Campus for Hope and submitted a urine sample which tested presumptive positive for marijuana and cocaine.

On July 24, 2014, Mr. Brown reported to Campus for Hope and submitted a urine sample which tested presumptive positive for marijuana.

On August 25, 2014, Mr. Brown reported to Campus for Hope and submitted a urine sample which tested presumptive positive for marijuana and cocaine.

On September 10, 2014, Mr. Brown reported to Campus for Hope and submitted a urine sample which tested presumptive positive for marijuana.

**If the Court finds the offender has violated the conditions of supervision by submitting more than three positive tests for drug use within one year, the Court shall revoke supervision and impose a sentence which includes a term of imprisonment; however, the Court shall consider the availability of substance abuse programs or if current or past participation in such programs warrants an exception from the mandatory revocation.**

**Terrell Brown**  September 24, 2014
**Petition for Warrant or Summons**  Page 3 of 4

        Terrell Brown is in violation of **Special Condition #4** which states, " The defendant shall attend, pay for and successfully complete any diagnostic evaluation, treatment or counseling program, or approved support groups (e.g. AA/NA) for alcohol and/or controlled substance, as directed by the U.S. Probation Officer.

        On July 29, 2014, Judge Lyle Strom signed a Report on Offender Under Supervision (12A), directing Mr. Brown to attend and complete a relapse program at the Douglas County Reporting Center within 6 months. To date, Mr. Brown is not enrolled in the program.

        On September 16, 2014, Mr. Brown was removed from the District's cognitive thinking program MRT due to excessive absences.

Assistant U.S. Attorney Susan T. Lehr has been notified of this action.

I declare under penalty of perjury that the forgoing is true and correct.

Respectfully submitted,          Reviewed by:

_____          _____
Todd M. Enger          Douglas D. Steensma
Sr. U. S. Probation Officer          Supervising U. S. Probation Officer

Terrell Brown  September 24, 2014
Petition for Warrant or Summons  Page 4 of 4

**THE COURT ORDERS THAT:**

_____  No action shall be taken.

__✓___  A Warrant shall be issued for service upon Terrell Brown and a hearing held by the Court to determine whether Terrell Brown has violated the conditions of supervision as set out in the foregoing report and to determine whether the term of supervision should be revoked, continued, modified, and/or extended based on the alleged violations.

_____  The U. S. Probation Officer shall summons Terrell Brown to appear for a hearing in court to determine whether Terrell Brown has violated the conditions of supervision as set out in the foregoing report and to determine whether the term of supervision should be revoked, continued, modified, and/or extended based on the alleged violations.

_____  The following action to be taken (specify other action):

_____  ___9/25/14_____
The Honorable Lyle E. Strom  Date
Senior U.S. District Judge

\* \* \* NOTICE TO OFFENDER \* \* \*

Pursuant to the Federal Rules of Criminal Procedure 32.1(b)(2) you are entitled to:
- (A) written notice of the alleged violation(s);
- (B) disclosure of the evidence against you;
- (C) an opportunity to appear, present evidence, and question adverse witnesses unless the court determines that the interest of justice does not require the witness to appear;
- (D) notice of your right to retain counsel or to request that counsel be appointed if you cannot obtain counsel.