IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>    vs.<br><br>TERRELL BROWN,<br><br>                Defendant. | 8:03CR288<br><br>**ORDER** |

     Defendant Terrell Brown appeared before the court on January 21, 2015 on an Amended Petition for Warrant for Offender Under Supervision [90]. The defendant was represented by Assistant Federal Public Defender Richard H. McWilliams and the United States was represented by Assistant U.S. Attorney John E. Higgins. Defendant waived his right to a preliminary examination. The government moved for detention. A detention hearing was held. The government's motion for detention is denied. Therefore, the defendant will be released on current conditions of supervision.

     I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Lyle E. Strom.

     IT IS ORDERED:

        1.    A final dispositional hearing will be held before Senior Judge Lyle E. Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on February 12, 2015 at 11:00 a.m. Defendant must be present in person.

        2.    The defendant is to be released on current conditions of supervision.

     Dated this 21st day of January, 2015

                                                BY THE COURT:

                                                s/ F.A. Gossett, III
                                                United States Magistrate Judge